# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:06CR391

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>KWAME JEMEL INGRAM,<br>    Defendant. | )<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>) |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant **KWAME JEMEL INGRAM** in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

**IT IS SO ORDERED**.

Signed: February 7, 2007

David C. Keesler
United States Magistrate Judge