UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:06cr391-W

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KWAME JEMEL INGRAM, | ) | |
| | ) | |
| Defendant | ) | |

THIS MATTER is before the Court upon motion of the United States of America for leave to dismiss the above-captioned Bill of Indictment as to Defendant KWAME JEMEL INGRAM.

THE COURT hereby grants the United States leave to dismiss without prejudice said Bill of Indictment as to Defendant INGRAM.

IT IS SO ORDERED.

Signed: February 7, 2007

Frank D. Whitney
United States District Judge